

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2023

No. 04-22-00494-CR

Brian Everett **DAY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0279-CR-A
Honorable William D. Old III, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on December 16, 2022. On November 17, 2022, we granted appellant's first motion, requesting a thirty-day extension, and extended the deadline to January 17, 2023. On January 6, 2023, appellant filed a second motion, requesting a further sixty-day extension. We GRANT IN PART appellant's motion. It is ORDERED that appellant's brief is due on **February 14, 2023.** No further extensions of time will be allowed absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court